UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LOTUS PHARMACEUTICAL CO., LTD. and ALVOGEN PINE BROOK, LLC,<br><br>Defendants. | Civil Action No. 17-6842 (SDW)(LDW)<br>Civil Action No. 18-11518 (SDW)(LDW)<br><br>(Electronically Filed) |

## CONSENT JUDGMENT

Plaintiff Celgene Corporation ("Celgene") and Defendants Lotus Pharmaceutical Co., Ltd. and Alvogen Pine Brook LLC (collectively, "Lotus"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 29th day of March, 2019:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgement.

2. As used in this Consent Judgment, the term "Lotus ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 210480 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Patents-in-Suit" shall mean U.S. Patent Nos. 5,635,517; 6,315,720; 6,561,977; 6,755,784; 7,189,740; 7,465,800; 7,855,217;

7,968,569; 7,977,357; 8,193,219; 8,315,886; 8,404,717; 8,431,598; 8,530,498; 8,626,531; 8,648,095; 9,056,120; 9,101,621; and 9,101,622.

4. Until expiration of the Patents-in-Suit, Lotus, including any of its successors and assigns, is enjoined from infringing the Patents-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Lotus ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patents-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any lenalidomide-containing drug product that references NDA 21-880 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene.

5. Compliance with this Consent Judgment may be enforced by Celgene and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Lotus from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patents-in-Suit.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 210480 or the Lotus ANDA Product.

_____
Susan D. Wigenton, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: March 29, 2019

By: _____  
Charles M. Lizza  
William C. Baton  
Saul Ewing Arnstein & Lehr, LLP  
One Riverfront Plaza, Suite 1520  
Newark, New Jersey 07102-5426  
(973) 286-6700  

*Attorneys for Celgene Corporation*

By: s/ Tedd W. Van Buskirk  
Tedd W. Van Buskirk  
Aaron S. Eckenthal  
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP  
600 South Avenue West  
Westfield, NJ 07090-1497  
(908) 654-5000  

*Attorneys for Lotus Pharmaceutical Co., Ltd. and Alvogen Pine Brook, LLC*